(March 20, 1980)

■ YOLANDA URRACA et al., Respondents, v STATE FUNDING CORPORA-TION et al., Defendants, and NEW YORK PROPERTY INSURANCE UNDERWRITING ASSOCIATION, Appellant.—Appeal from order, Supreme Court, Bronx County, entered on or about January 4, 1979, unanimously dismissed, without costs and without disbursements, as the order appealed from is nonappealable. This determination is without prejudice to renewal of defendant-appellant's motion in the Supreme Court after completion of discovery proceedings. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Fein and Markewich, JJ.

■ In the Matter of ANGELO DARRIGO, Appellant-Respondent, v STATE COMMISSION ON JUDICIAL CONDUCT et al., Respondents-Appellants.—Judgment, Supreme Court, New York County, entered on July 3, 1979, dismissing this CPLR article 78 application unanimously affirmed, without costs and without disbursements. (See *Matter of Nicholson v State Comm. on Judicial Conduct,* 68 AD2d 851, the holding in which is underscored by the fact pattern found in *Matter of Nicholson v State Comm. on Judicial Conduct,* 72 AD2d 48.) Concur—Murphy, P. J., Birns, Fein, Ross and Markewich, JJ.